IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**VIRGINIA HARPER,**
    **Plaintiff,**

v.

Case No. 2:04-CV-21
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

**W.F. AMWEG, et al.,**
    **Defendants.**

### ORDER

The undersigned hereby recuses from the instant action. The Clerk is **DIRECTED** to place this case in the random draw for assignment to another District Judge.

**IT IS SO ORDERED.**

10-14-2005
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE